

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-21-00168-CV |
| MARK SOTELO, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |

# **J U D G M E N T**

The Court has considered this cause on the Relator's letter to the court dated March 25, 2022, which has been construed as a motion to dismiss the original proceeding, and concludes that Relator's petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 25TH DAY OF APRIL, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.